**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., | Case No. 19-cv-00863 |
| Plaintiff, | **Judge Gary Feinerman** |
| v. | **Magistrate Judge Sunil R. Harjani** |
| YIWU CHU TAI ART & CRAFTS CO., LTD., et al., | |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Entertainment One UK Ltd.'s ("eOne" or "Plaintiff") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS eOne's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified on Schedule A to the Amended Complaint and attached hereto (collectively, the "Defendants") and using at least the online marketplace accounts identified on Schedule A (the "Online Marketplace Accounts").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet stores through which Illinois residents can purchase products bearing unauthorized copies of eOne's federally registered copyrighted designs (the "Peppa Pig Copyrighted Designs") and/or using counterfeit versions of eOne's federally registered trademarks (the "PEPPA PIG Trademarks") (a list of which is included in the chart below) (such products collectively referred to herein as the "Unauthorized Peppa Pig Products").

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 3,663,706 | PEPPA PIG | Aug. 4, 2009 | For: Computer game software and programs; pre-recorded video cassettes, DVDs, multi-media software, CD-ROMS, compact discs, and audio cassettes, all featuring pre-school aged children's educational and entertainment matter, games, music, images, and animated cartoons; sunglasses; spectacle frames; audiocassette players in class 009;<br><br>For: Printed publications, namely, books, booklets, drawing and coloring books, comic books, magazines, activity books, song books, all in the field of pre-school aged children's education and entertainment; stationery, notebooks and writing pads, calendars, pens, pencils and crayons, pen and pencil cases; arts and craft finger paint kits; modeling compounds; re-usable and air-drying compounds for modeling; printed instructional and teaching material in the field of pre-school aged children's education and entertainment; printed paper napkins; printed paper tablecloths and printed paper mats; printed stickers and iron-on and plastic transfers; printed postcards and printed greetings cards in class 016.<br><br>For: Clothing and headgear, namely, shirts, ties, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, belts, caps, hats, vests, scarves, gloves; footwear, namely, |

shoes, slippers, and athletic shoes in class 025.

For: Games, travel games, handheld games, tabletop games, travel size electronic games, activity games, and playthings, namely, board games, role playing games, trivia and question and answer games, chess games, card games, yo-yos, action skill games, dice games, target games, hand held unit for playing electronic games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; balloons; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed, plush, bean-bag and cloth toys; toy costume masks; puppets; corrugated playhouses; playing cards; roller-skates; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles in class 028.

For: Education services, namely, providing courses of instruction at the pre-school level; entertainment in the nature of circuses and stage shows for pre-school aged children; television entertainment in the nature of a series of television shows in the field of pre-school aged children's entertainment; children's entertainment and amusement centers, namely, amusement parks and play areas;

| | | | |
|---|---|---|---|
| | | | production of motion picture films and radio and television programs for pre-school aged children; arranging and conducting athletic competitions for pre-school aged children; publication of text and graphic works of others on books, CD-ROMS and online featuring cartoon characters in class 041. |
| 4,872,348 | PEPPA PIG | Dec. 22, 2015 | For: Bleaching preparations and other substances, namely, laundry soap, laundry detergent for laundry use; general purpose cleaning, polishing, and abrasive liquids and powders; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; aftershave lotions; antiperspirants; baby oil; baby wipes; bath gels; bath powder; blush; body creams, lotions for skin, hair, face, and baby, face powders; breath fresheners; bubble bath; eau de Cologne; deodorants for personal use; cosmetic powders for the face, hands and body; essential oils for personal use; eye liner; eye shadows; eyebrow pencils; face powder; face creams; facial lotions; face masks for cosmetic purposes; facial scrubs; room fragrances incorporating wicks; fragrances for personal use; hair gels; hair conditioners; hair shampoo; hair mousse; hair cream; hair spray; hand cream; hand lotions; soaps for the hand; lip balm; lipsticks; lipstick holders; lip gloss; liquid soaps; make-up; mascara; non-medicated mouthwash; nail care preparations; nail enamel; nail hardeners; nail polish; perfumes; potpourri; scented |

| | | | room sprays; shaving creams; skin soap; talcum powder; eaux de toilette; skin creams; skin moisturizers; sun block preparations; non-medicated sun care preparations in class 003.<br><br>For: Materials for dressings, namely, gauze; medical plasters; portable filled medicine cases, namely, first aid kits; baby food; vitamins for children; herb teas for medicinal purposes; disinfectants for hygiene purposes in class 005.<br><br>For: Tableware, namely, knives, forks and spoons; cutlery, namely, knives, forks and spoons in class 008.<br><br>For: Vehicles, namely, strollers, push bikes; bicycles and parts therefor, namely, seats, brakes, chains, handle bars; scooters; perambulators; safety seats for children for vehicles; boats, in particular rubber dinghies; trailers; vehicular balloons, namely, air balloons; boats; side cars; saddle covers for bicycles or motorcycles; tricycles; mechanical anti-theft devices for vehicles; shopping carts; electric vehicles, namely, toy cars; rims for bicycle wheels, chains, bells, baskets, handlebars, wheel hubs, dress guards, pedals, pumps, frames, tires, saddles and/or bags for bicycles; direction indicators for vehicles, in particular for bicycles, namely, wind sleeves; repair outfits for inner tubes, namely, patches; luggage racks and/or bags for vehicles, namely, for two-wheeled vehicles; horns, in particular for automobiles; carts; motorcycles |

| | | | and mopeds; stroller covers; hub caps; tires, solid, for vehicle wheels; wheelchairs; rear view mirrors; sleighs for transport purposes; snowmobiles; fitted seat covers for vehicles; wheelbarrows; bicycle stands in class 012.<br><br>For: Precious metals and their alloys and goods of precious metals or coated therewith, namely, boxes, charms, key rings, figures, figurines, holiday ornaments, jewellery cases, key chains, ornamental pins, ornaments of precious metal in the nature of jewelry, picture frames; jewellery, precious stones; horological and chronometric instruments; alarm clocks; bracelets; busts of precious metal; pendants; clocks; earrings; jewel cases of precious metal; jewelry chains; key rings of precious metal; lapel pins; necklaces; necktie fasteners; non-monetary coins; ornamental pins; rings; stopwatches; tie clips; tie pins; wall clocks; watch straps; watch cases; watch chains; watches; wedding bands; jewelry boxes not of metal; key fobs not of metal in class 014.<br><br>For: Animal skins, hides; trunks and travelling bags; leather shoulder belts, all-purpose carrying bags, purses, umbrellas, parasols, walking sticks; whips, harnesses and saddlery; rucksacks; luggage; luggage tags; overnight bags; change purses; satchels; tote bags; waist pouches; wallets in class 018. |
|---|---|---|---|

| | | | For: Furniture, mirrors, picture frames; goods of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, namely, drawer pulls; air mattresses for use when camping; bassinets; beds; benches; bookcases; cabinets; chairs; coat racks; computer furniture; computer keyboard trays; cots; couches; decorative mobiles; desks; figurines and statuettes made of bone, plaster, plastic, wax, or wood; flagpoles; footstools; hand fans; hand-held mirrors; lawn furniture; love seats; magazine racks; mattresses; non-Christmas ornaments made of bone, plaster, plastic, wax or wood; ottomans; pedestals; pillows; plant stands made of wire and metal; decorative wall plaques made of plastic or wood; plastic name badges being decorative articles; plastic novelty license plates; plastic cake decorations; sleeping bags; tables; toy boxes; umbrella stands; venetian blinds; wind chimes being decorative articles in class 020.

For: Household or kitchen utensils and containers, not of precious metal or coated therewith, namely, pots, pans, pot lids, cups; beverage glassware, goods of porcelain and earthenware, included in this class, namely, pots, pans, lids, cups; mugs, cocktail shakers, butter dishes, lunch boxes, cafetieres, ceramics for household purposes, namely, vases, drinking vessels, bowls, plates and pots, small |
|---|---|---|---|

| | | | hand-operated household and kitchen utensils and containers, not of precious metal or coated therewith, namely, skimmers, turners, strainers, graters, sieves, cookware, namely, pots and pans, corkscrews, glass kitchen jars, trays for domestic purposes, dinnerware and tableware, namely, tea services; cups and mugs, tea pots; combs and sponges for household purposes; brushes for washing up; brush-making materials; articles for cleaning purposes, namely, sponges, cloths; steel wool; unworked or semi-worked glass, except glass used in building; all the aforesaid goods included in this class; candle snuffers of precious metal; candlesticks not of precious metal in class 021. <br><br> For: Textiles and textile goods, namely, banners, flags, coasters, labels for identifying clothing, quilts, hang tags, wall hangings; bed and plastic table covers; afghans; bath linen; blanket throws; bed canopies; bed linen; bed sheets; bed skirts; bed spreads; blanket throws; calico; children's blankets; cloth coasters; cloth doilies; cloth flags; cloth pennants; duvets; curtains; fabrics that may or may not have printed patterns and designs thereon for use in textile applications, namely, the manufacture of flags; felt pennants; golf towels; towels; handkerchiefs; hooded towels; household linen; kitchen towels; pillowcases; quilts; baby blankets; silk blankets; table linen; textile napkins; textile place mats; table napkins of |
|---|---|---|---|

|  |  |  | textile; throws and face cloths in class 024.

For: Carpets; rugs; car floor mats; bath mats; gymnastic mats; plastic floor coverings; wall hangings, not of textile; wallpaper lined with textile in class 027.

For: Meat, fish, poultry and game; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; jellies, jams, compotes; eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats in class 029.

For: Coffee; tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; flour and preparations made from cereals, namely, breakfast cereals, cereal bars, cereal based snack food, ready-to-eat cereals; bread; pastry; confectionery made of sugar; fruit ices; honey; treacle; yeast, baking-powder; salt; mustard; vinegar; sauces, condiments, namely, chutneys, food condiments consisting primarily of ketchup and salsa, savory sauces used as condiments; spices in class 030.

For: Beers; mineral, and aerated waters, and other non-alcoholic beverages, namely, lemonade; fruit beverages, and fruit juices; syrups for making beverages; and other preparations for making beverages, namely, fruit drinks, lemonade in class 032. |
|---|---|---|---|

| | | | For: Product merchandising; sales promotion, for others, in particular marketing and promotion of goods and services of all kinds, including via online portals; online retail store services featuring audio, audiovisual, musical, multimedia and video content and associated merchandise in class 035. |
|---|---|---|---|
| | | | For: telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of broadband optical or wireless networks; providing voice chat services and chat rooms on the internet; internet provider services, namely, the leasing and arranging of access time to data networks, in particular to the internet; hotline or call center telephone services; providing press services in connection with online services, namely, the gathering, supplying and transmission of messages and information of all kinds, being online press agency services, including on-demand services and other electronic media services; providing access to the internet; telecommunications, in particular computer-aided electronic information and communication services, included in this class, for public and private users, namely, computer-aided transmission of information and images; sound, image and data transmission by cable, satellite, computer, computer network, telephone, ISDN and DSL lines; radio and television broadcasting; news and general information agencies, being |

| | | | |
|---|---|---|---|
| | | | press agency services, including electronic agencies, and broadcasting of television and radio programs on the World Wide Web, and broadcasting of television and radio programs by cable, satellite and other media; internet provider services; providing access to computer databases, in particular on the internet and/or intranets; providing access to licensed content on the internet by means of content syndication for customers; providing access to computer programs on data networks in class 038. |
| 3,506,452 |  | Sept. 23, 2008 | For: DVDs featuring pre-school aged children's educational and entertainment matter, games, music, images, and animated cartoons in class 009. |
| 4,783,931 |  | Aug. 4, 2015 | For: Bleaching preparations for laundry use; fabric softeners for laundry use; general purpose cleaning, polishing, degreasing and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; aftershave lotions; antiperspirants; essential oils for use in aromatherapy; baby oil; baby wipes; bath gels; bath powder; blush; body creams, lotions, and powders; breath fresheners; bubble bath; eau de cologne; personal deodorants; cosmetic powders for the face, hands and body; essential oils for personal use; eye liner; eye shadows; eyebrow pencils; face powder; face creams; facial lotions; facial masks for cosmetic purposes; facial scrubs; |

| | | | room fragrances incorporating wicks; fragrances for personal use; hair gels; hair conditioners; hair shampoo; hair mousse; hair cream; hair spray; hand cream; hand lotions; soaps for the hand; lip balm; lipsticks; lip gloss; liquid soaps; make-up; mascara; non-medicated mouthwash; nail care preparations; nail enamel; nail hardeners; nail polish; perfumes; potpourri; scented room sprays; shaving creams; skin soap; talcum powder; eaux de toilette; skin creams; skin moisturizers; sun blocking preparations; non-medicated sun care preparations; lipstick holders in class 003.<br><br>For: DVDs featuring pre-school aged children's educational and entertainment matter, games, music, images, and animated cartoons and programs; pre-recorded video cassettes featuring children's educational and entertainment matter; fire extinguishing apparatus; apparatus for recording, transmission or reproduction of sound or images; blank magnetic data carriers; audio recording discs featuring children's educational and entertainment matter, games, music; data-processors; computers; sound recordings featuring children's educational and entertainment matter, games, music; audio recordings featuring music; video recordings featuring children's educational and entertainment matter, games, music, images, and animated cartoons; downloadable ring tones, music, mp3 files featuring music, |
|---|---|---|---|

|  |  |  | graphics and video files featuring children's educational and entertainment matter, games, music, images, and animated cartoons, all for wireless communications devices; computer game programs; video game software; computer game programs downloadable via the Internet; video game cartridges; video game programs recorded on floppy discs, CD-ROMs, cassettes, tapes and mini discs; compact disc players; compact discs featuring children's educational and entertainment matter, games, music, images, and animated cartoons; DVD players; computer software for children's educational and entertainment matter, games, music, images, and animated cartoons; downloadable computer programs for children's educational and entertainment matter, games, music, images, and animated cartoons; exposed photographic film; cassette players; magic lanterns; sunglasses, spectacle frames; phonograph records featuring children's educational and entertainment matter, games, music; life jackets; recording and playing devices for sound and image carriers; portable stereos; pre-recorded videotapes featuring children's educational and entertainment matter; pre-recorded video cassettes featuring children's educational and entertainment matter; video recorders; mechanisms for coin-operated apparatus; cash registers; calculating machines in class 009. |
|---|---|---|---|

| | | | For: Paper; cardboard; goods made from paper or cardboard, namely, books, booklets, drawing and coloring books, comic books, magazines, activity books and song books, all in the field of pre-school aged children's education and entertainment; stationery, notebooks and writing pads, calendars; photographic products, namely, photographic prints; printed matter, namely, printed paper napkins, printed paper tablecloths and printed paper mats, printed stickers and iron-on and plastic transfers printed postcards and printed greetings cards; pamphlets, books, newspapers, periodicals, magazines, brochures, catalogues and promotional pamphlets, all in the field of children's education and entertainment; book binding materials; sheet music; telephone calling cards and credit cards, without magnetic coding; chromolithographs; photographs; pictures; graphic representations; printed instructional and teaching material in the field of pre-school aged children's education and entertainment; posters; greeting cards; postcards; picture cards; transfers and stickers; photograph albums; collectors' albums in the nature of stamp albums; stationery products, namely, envelopes; adhesive tapes for household decoration and stationery purposes; artists' materials, namely, pens, pencils and crayons, pen and pencil cases; molds for modeling clays; drawing, painting and modelling goods, namely, modeling compounds; re-usable and air-drying |
|---|---|---|---|

|  |  |  | compounds for modeling, arts and craft finger paint kits; drawing and painting implements, namely, square rulers; paintbrushes; adhesives and adhesive strips for stationery or household purposes; typewriters; office requisites, namely, rubber bands; printed instructional and teaching material in the field of literacy and math; diaries; calendars; bookmarks; kitchen towels of paper; paper towels; geographical maps; maps; beer mats, namely, coasters of paper or cardboard; address stamps; loose-leaf binders for office use; paper file jackets; paper napkins; sheets of reclaimed cellulose for wrapping; filter paper; paper and cardboard containers; paper and cardboard pouches for packaging; paper and cardboard bags for packaging; absorbent sheets of paper for foodstuff packaging; plastic bags, film, foil for packaging; printers' type; printing blocks; adhesive tapes for stationery or household purposes; letter openers of precious metal in class 016.

For: Animal skins; animal hides; trunks and travelling bags; leather shoulder belts; all-purpose carrying, duffel, book, sports, diaper, key, school and wheeled bags; cosmetic bags sold empty; handbags; purses; umbrellas; parasols; walking sticks; whips; harnesses and saddlery; rucksacks; luggage; luggage tags; overnight bags; change purses; satchels; canvas, leather, mesh and textile shopping bags; tote bags; waist |

| | | | |
|---|---|---|---|
| | | | pouches; wallets; leather and imitation leather in class 018.<br><br>For: Household or kitchen utensils, namely, pots, pans, lids for pots and pans, cups, pot and pan scrapers, rolling pins, spatulas, turners and whisks; household and kitchen containers; beverage glassware; goods of porcelain and earthenware, namely, pots, pans, lids for pots and pans, and cups; mugs; cocktail shakers; butter dishes; lunch boxes; non-electric cafetieres; ceramics for household purposes, namely, vases, vessels, bowls, plates and pots; small hand-operated household and kitchen utensils, namely, skimmers, turners, strainers, graters, sieves; household and kitchen containers; cookware, namely, pots and pans; non-electric cooking utensils, namely, wire baskets; corkscrews; kitchen glass jars; serving trays; dinnerware; cups; tea pots; combs; sponges for household purposes; hair brushes; brushes for washing up; brush-making materials; articles for cleaning purposes; steel wool; unworked or semi-worked glass, except glass used in building; candle snuffers of precious metal; candlesticks not of precious metal; gloves for household purposes; oven cleaning cloths; barbecue mitts in class 021.<br><br>For: Textiles and textile goods, namely, coasters, labels for identifying clothing, quilts, hang tags, wall hangings; bed covers; table covers, namely, textile and plastic |

| | | | tablecloths; afghans; bath linen; bed, sofa and children's blankets; bed canopies; bed linen; bed sheets; bed skirts; bed spreads; blanket throws; calico; children's blankets; cloth coasters; cloth doilies; cloth flags; cloth pennants; duvets; curtains; fabric flags; felt pennants; golf towels; towels; handkerchiefs; hooded towels; household linen; kitchen towels; pillowcases; quilts; baby blankets; silk blankets; table linen; textile table napkins; textile place mats; table napkins of textile; throws; face cloths; banners and flags of textile in class 024.<br><br>For: Clothing, namely, shirts, ties, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, belts, caps, hats, vests, scarves, gloves; footwear; headwear; leather belts; bolo ties with precious metal tips in class 025.<br><br>For: Games, playthings and toys, namely, travel board games, handheld non-electronic skill games, tabletop games, travel size electronic games for the teaching of children, children's multiple activity toys, role playing games, trivia and question and answer games played with cards and game components, chess games, card games, yo-yos, action skill games, dice games, target games, hand held unit for playing electronic games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non- |
| --- | --- | --- | --- |

17

| | | | electronic puzzles and puzzle games; hand-held, tabletop, and travel-size jigsaw puzzles; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed and plush toys; toy bean bags; and cloth toys, namely, dolls; toy costume masks; puppets; corrugated playhouses; roller-skates; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles; playing cards and card games; gymnastic and sporting articles, namely, horizontal bars; decorations for Christmas trees, except illumination articles and confectionery; action skill games; action figures and accessories therefor; board games; card games; children's multiple activity toys; badminton sets; balloons; basketballs; bath toys; baseballs; beach balls; bean bag dolls; toy building blocks; bowling balls; chess sets; Christmas stockings; collectable toy figures; crib mobiles; crib toys; tossing disc toys; dolls; doll clothing; accessories for dolls; doll playsets; electric action toys; equipment sold as a unit for playing card games; fishing tackle; golf balls; golf gloves; golf ball markers; hand held unit for playing electronic games; hockey pucks; inflatable toys; puzzles; jump ropes; kites; magic tricks; marbles; manipulative games; mechanical toys; music box toys; musical toys; parlor games; party games; soft sculpture toys; puppets; roller skates; rubber |
| --- | --- | --- | --- |

action balls; skateboards; soccer balls; spinning tops; squeeze toys; stuffed toys; table tennis tables; target games; teddy bears; tennis balls; toy action figures; toy bucket and shovel sets; toy mobiles; toy vehicles; toy scooters; toy cars; toy model hobbycraft kits; toy figures; toy banks; toy trucks; toy watches; wind up toys; yo-yos; water-wings; swimming belts; video game machines for use with external display screens or monitors only; amusement apparatus adapted for use with television receivers only; children's play cosmetics in class 028.

For: Meat, fish, poultry and game, not live; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; jellies; jams; compotes; eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats in class 029.

For: Coffee; tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; flour; preparations made from cereals, namely, bread; pastry; confectionery, namely, candy; edible, flavored ices; honey; treacle; yeast; baking powder; salt; mustard; vinegar; sauces being condiments; spices in class 030.

For:    Beers; mineral, and aerated waters; non-alcoholic beverages, namely, lemonade; fruit beverages; fruit juices; syrups and powders for making beverages in class 032.

For: Education services, namely, providing courses of instruction at the

| | | | pre-school level; training services in the field of instruction at the pre-school level; entertainment in the nature of circuses and stage shows for pre-school aged children; television entertainment in the nature of a series of television shows in the field of pre-school aged children's entertainment; children's entertainment and amusement centers, namely, amusement parks and play areas; organizing community sporting and cultural events; editing and production of film and television, radio and multimedia programs; entertainment services, namely, providing an ongoing radio program for pre-school aged children; organizing live exhibitions and conferences in the fields of culture, sports and entertainment for non-business and non-commercial purposes; entertainment services in the nature of live musical performances; arranging of concerts; photography services; providing recreation facilities in class 041. |
|---|---|---|---|

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of eOne's previously granted Motion for Entry of a Temporary Restraining Order establishes that eOne has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that eOne will suffer irreparable harm if the injunction is not granted.

Specifically, eOne has proved a *prima facie* case of trademark infringement because (1) the PEPPA PIG Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the PEPPA PIG Trademarks, and (3) Defendants' use of the PEPPA PIG Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Unauthorized Peppa Pig Products with eOne. eOne has also proved a *prima facie* case of copyright infringement because it has demonstrated that (1) eOne is the owner of valid and enforceable Peppa Pig Copyrighted Designs, and (2) Defendants, without any authorization from eOne, or any right under the law, have deliberately copied, displayed, distributed, reproduced, and/or made derivate works incorporating the Peppa Pig Copyrighted Designs on the Defendant Internet Stores and the corresponding Unauthorized Peppa Pig Products. Furthermore, Defendants' continued and unauthorized use of the PEPPA PIG Trademarks and copying of the Peppa Pig Copyrighted Designs irreparably harms eOne through diminished goodwill and brand confidence, damage to eOne's reputations, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, eOne has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

   a. using the PEPPA PIG Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Peppa Pig

product or not authorized by eOne to be sold in connection with the PEPPA PIG Trademarks;

b.  reproducing, distributing copies of, making derivative works of, or publicly displaying the Peppa Pig Copyrighted Designs in any manner without the express authorization of eOne;

c.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Peppa Pig product or any other product produced by eOne, that is not eOne's or not produced under the authorization, control or supervision of eOne and approved by eOne for sale under the PEPPA PIG Trademarks and/or the Peppa Pig Copyrighted Designs;

d.  committing any acts calculated to cause consumers to believe that Unauthorized Peppa Pig Products are those sold under the authorization, control or supervision of eOne, or are sponsored by, approved by, or otherwise connected with eOne;

e.  further infringing the PEPPA PIG Trademarks and/or the Peppa Pig Copyrighted Designs and damaging eOne's goodwill; and

f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for eOne, nor authorized by eOne to be sold or offered for sale, and which bear any of eOne's trademarks, including the PEPPA PIG Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Peppa Pig Copyrighted Designs.

2.  Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Online Marketplace Accounts or other online marketplace accounts operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba,

Amazon, Wish.com, and Dhgate, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to eOne expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts;

c. Defendants' Online Marketplace Accounts;

d. any other online marketplace accounts registered by Defendants; and

e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Alipay, Amazon Pay, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

23

3.      Upon eOne's request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within five (5) business days after receipt of such notice:

     a.   disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the PEPPA PIG Trademarks and/or which bear the Peppa Pig Copyrighted Designs;

     b.   disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the PEPPA PIG Trademarks and/or which bear the Peppa Pig Copyrighted Designs; and

     c.   take all steps necessary to prevent links to the Online Marketplace Accounts identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Online Marketplace Accounts from any search index.

4.      Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.      Any Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Amazon Pay and Wish.com, shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts:

     a.   locate all accounts and funds connected to Defendants or Defendants' Online Marketplace Accounts, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Niall Trainor, and any e-mail addresses provided for Defendants by third parties; and

    b.   restrain and enjoin any such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.    eOne may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Niall Trainor and any e-mail addresses provided for Defendants by third parties that includes a link to said website.  The Clerk of the Court is directed to issue a single original summons in the name of "YIWU CHU TAI ART & CRAFTS CO.,LTD. and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants.  The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.    Plaintiff's Amended Complaint [12] and Exhibits 1 and 2 thereto [12-1] and [12-2], Schedule A to the Complaint [11] and the Amended Complaint [12-3], Exhibit 3 to the Declaration of Niall Trainor [17], and the TRO [25] are unsealed.

8.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to eOne or on shorter notice as set by this Court.

9.      The $10,000 bond posted by eOne shall remain with the Court until a Final disposition of

this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

DATED:  March 20, 2019

_____

Gary Feinerman
United States District Judge

**Entertainment One UK Ltd. v. Yiwu Chu Tai Art & Crafts Co., Ltd., et. al - Case No. 19-cv-863**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Yiwu Chu Tai Art & Crafts Co., Ltd. | 2 | Dongguan Hekang Garment Accessories Co., Ltd. |
| 3 | Donghai County Boheng Crystal Jewelry Co., Ltd. | 4 | Shenzhen Skyby Industrial Co., Ltd. |
| 5 | 03shan Store | 6 | Children's Accessories World Store |
| 7 | Good Friend 2 Store | 8 | High-Fashionable Store |
| 9 | JNAN Store | 10 | kiwicandy Store |
| 11 | Littlesure Store | 12 | meisiney Official Store |
| 13 | Month money Store | 14 | Tale Forest Store |
| 15 | TANC-REDO YiWu Store | 16 | younger sister store |
| 17 | YUSDTSHA Store | 18 | 27kids Store |
| 19 | Abandoned monkey Store | 20 | ALCN KIDS |
| 21 | BAILIWEINI 1 Store | 22 | chengxinzuoren Store |
| 23 | CozyDog Store | 24 | DLoveHome Store |
| 25 | fqiqi handmade hair accessory Store | 26 | JINUO Official Store |
| 27 | Kidsking Store | 28 | Kimimi Baby Store |
| 29 | lemon kitten Official Store | 30 | Merry Zhang |
| 31 | mingtian store | 32 | Old friend Umbrella Store |
| 33 | Only The Feet Knows | 34 | peppa piged store |
| 35 | QAZIQILAND Store | 36 | ShoesBox Children Store |
| 37 | Shop1805210 Store | 38 | Shop1836253 Store |
| 39 | Shop1943579 Store | 40 | Shop3874069 Store |
| 41 | Shop4037006 Store | 42 | Wonder Toy World Store |
| 43 | Yong Shuai crafts Store | 44 | youbeika Children's Clothes Store |
| 45 | EGELEXY | 46 | yuting |
| 47 | Muzixixi | 48 | Shandong Sishui P & W Economic Trading Co., Ltd. |
| 49 | 0806sunliang | 50 | 17craftb |
| 51 | amyzhan.l59si | 52 | babyandmama |
| 53 | becksy2018 | 54 | blacchen0 |
| 55 | bozhan888 | 56 | caliweike86 |
| 57 | canshiguge000 | 58 | carbonworker |
| 59 | ch60jiao | 60 | coinsouvenir |
| 61 | daernew-8 | 62 | dqwtscjssjh_3 |
| 63 | ebahuiyuantiantianm | 64 | edon168 |
| 65 | fjkoihjsd49784241 | 66 | ganggang8899 |
| 67 | gogocome-on | 68 | handmade-gift |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 69 | haoyingua0 | 70 | hellen2006yao |
| 71 | huchangbz | 72 | izhizicele4 |
| 73 | lixiangxiang66 | 74 | longdou112 |
| 75 | lovable_pea | 76 | may-0314 |
| 77 | mimiwoo | 78 | mlhkvpgp |
| 79 | ngoc.har46 | 80 | power.market2018 |
| 81 | remax-fashion | 82 | ringstore |
| 83 | shenyanlin2017 | 84 | shi3ionh667 |
| 85 | speedtechboom | 86 | stylishhome88 |
| 87 | summer_store2 | 88 | sundonsheng |
| 89 | tlmg8745 | 90 | wenbingheusa18 |
| 91 | whky0158 | 92 | xdkr6549 |
| 93 | xiangluo-l | 94 | xianzheng06 |
| 95 | xrwushi | 96 | zhiqinhaojhu |
| 97 | zhiqu-toys | 98 | zhosci |
| 99 | zhuyayuan-1999 | 100 | zlrmilanda |
| 101 | chenchunmei | 102 | Fashion Show Style |
| 103 | jiafeng | 104 | lb1995 |
| 105 | mch1354632 | 106 | shenqing35 |
| 107 | DISMISSED | 108 | xixiaoxiao |
| 109 | zhang1511 | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ctgyp.en.alibaba.com | 2 | pblabel.en.alibaba.com |
| 3 | bohengcrystal.en.alibaba.com | 4 | skybygift.en.alibaba.com |
| 5 | aliexpress.com/store/3882008 | 6 | aliexpress.com/store/3226024 |
| 7 | aliexpress.com/store/4518051 | 8 | aliexpress.com/store/4646022 |
| 9 | aliexpress.com/store/4298046 | 10 | aliexpress.com/store/1223024 |
| 11 | aliexpress.com/store/3147056 | 12 | aliexpress.com/store/1359235 |
| 13 | aliexpress.com/store/3624104 | 14 | aliexpress.com/store/3517093 |
| 15 | aliexpress.com/store/1711548 | 16 | aliexpress.com/store/3211046 |
| 17 | aliexpress.com/store/3245034 | 18 | aliexpress.com/store/3140003 |
| 19 | aliexpress.com/store/4481120 | 20 | aliexpress.com/store/1294684 |
| 21 | aliexpress.com/store/4236014 | 22 | aliexpress.com/store/2789202 |
| 23 | aliexpress.com/store/4428206 | 24 | aliexpress.com/store/4453034 |
| 25 | aliexpress.com/store/4425081 | 26 | aliexpress.com/store/1968985 |
| 27 | aliexpress.com/store/4640057 | 28 | aliexpress.com/store/4235057 |
| 29 | aliexpress.com/store/1949203 | 30 | aliexpress.com/store/2090027 |
| 31 | aliexpress.com/store/4509072 | 32 | aliexpress.com/store/3865066 |
| 33 | aliexpress.com/store/1554104 | 34 | aliexpress.com/store/3672061 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 35 | aliexpress.com/store/3627122 | 36 | aliexpress.com/store/3026008 |
| 37 | aliexpress.com/store/1805210 | 38 | aliexpress.com/store/1836253 |
| 39 | aliexpress.com/store/1943579 | 40 | aliexpress.com/store/3874069 |
| 41 | aliexpress.com/store/4037006 | 42 | aliexpress.com/store/4637197 |
| 43 | aliexpress.com/store/4432026 | 44 | aliexpress.com/store/2023098 |
| 45 | A2AMVOPBBE664A | 46 | A20C4UVIN9X7J7 |
| 47 | dhgate.com/store/21015089 | 48 | https://pw.en.alibaba.com |
| 49 | ebay.com/usr/0806sunliang | 50 | ebay.com/usr/17craftb |
| 51 | ebay.com/usr/amyzhan.l59si | 52 | ebay.com/usr/babyandmama |
| 53 | ebay.com/usr/becksy2018 | 54 | ebay.com/usr/blacchen0 |
| 55 | ebay.com/usr/bozhan888 | 56 | ebay.com/usr/caliweike86 |
| 57 | ebay.com/usr/canshiguge000 | 58 | ebay.com/usr/carbonworker |
| 59 | ebay.com/usr/ch60jiao | 60 | ebay.com/usr/coinsouvenir |
| 61 | ebay.com/usr/daernew-8 | 62 | ebay.com/usr/dqwtscjssjh_3 |
| 63 | ebay.com/usr/ebahuiyuantiantianm | 64 | ebay.com/usr/edon168 |
| 65 | ebay.com/usr/fjkoihjsd49784241 | 66 | ebay.com/usr/ganggang8899 |
| 67 | ebay.com/usr/gogocome-on | 68 | ebay.com/usr/handmade-gift |
| 69 | ebay.com/usr/haoyingua0 | 70 | ebay.com/usr/hellen2006yao |
| 71 | ebay.com/usr/huchangbz | 72 | ebay.com/usr/izhizicele4 |
| 73 | ebay.com/usr/lixiangxiang66 | 74 | ebay.com/usr/longdou112 |
| 75 | ebay.com/usr/lovable_pea | 76 | ebay.com/usr/may-0314 |
| 77 | ebay.com/usr/mimiwoo | 78 | ebay.com/usr/mlhkvpgp |
| 79 | ebay.com/usr/ngoc.har46 | 80 | ebay.com/usr/power.market2018 |
| 81 | ebay.com/usr/remax-fashion | 82 | ebay.com/usr/ringstore |
| 83 | ebay.com/usr/shenyanlin2017 | 84 | ebay.com/usr/shi3ionh667 |
| 85 | ebay.com/usr/speedtechboom | 86 | ebay.com/usr/stylishhome88 |
| 87 | ebay.com/usr/summer_store2 | 88 | ebay.com/usr/sundonsheng |
| 89 | ebay.com/usr/tlmg8745 | 90 | ebay.com/usr/wenbingheusa18 |
| 91 | ebay.com/usr/whky0158 | 92 | ebay.com/usr/xdkr6549 |
| 93 | ebay.com/usr/xiangluo-l | 94 | ebay.com/usr/xianzheng06 |
| 95 | ebay.com/usr/xrwushi | 96 | .ebay.com/usr/zhiqinhaojhu |
| 97 | ebay.com/usr/zhiqu-toys | 98 | ebay.com/usr/zhosci |
| 99 | ebay.com/usr/zhuyayuan-1999 | 100 | ebay.com/usr/zlrmilanda |
| 101 | wish.com/merchant/59c10142bf25535f8796c813 | 102 | wish.com/merchant/5448701f90c77609a237f99f |
| 103 | wish.com/merchant/5881e2af24a1fd58ff2145c1 | 104 | wish.com/merchant/5addf2629d5e973e3e88d96a |
| 105 | wish.com/merchant/57eced6b65680c1027402b9b | 106 | ebay.com/usr/shenqing35 |
| 107 | DISMISSED | 108 | wish.com/merchant/590f11b5bd619d277ab191a7 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 109 | wish.com/merchant/597ae1bde2bfde1a4ba38609 | | |